**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6242**

_____

RANDY L. VALENTINE,

        Plaintiff - Appellant,

    v.

D. RICHARDSON, Officer; LIEUTENANT PRESSLY; R. GOINS, Officer;
OFFICER BENNET; OFFICER LABONTE; OFFICER CREASY; D. GARDO,
Officer; CORRECTIONAL OFFICER WILLIAMS; OFFICER YOUNGBLOOD;
JONATHAN TALLY, Officer; SERGEANT NATION; B. JONES, Officer;
OFFICER DOE; KRISTY MCCRAW, Officer; GREENVILLE COUNTY,

        Defendants - Appellees,

    and

NURSE GAY; LEGESSE TEBEJE, M.D.; NURSE JUDY; LAWRENCE CRANE,
Attorney; JOHN CALEB PEASE, M.D.; GREENVILLE HOSPITAL SYSTEM,

        Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Henry M. Herlong, Jr., District
Judge.   (4:05-cv-00485-HMH)

_____

Submitted:  June 26, 2008          Decided:  July 1, 2008

_____

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Randy L. Valentine, Appellant Pro Se.  Russell W. Harter, Jr.,
CHAPMAN, HARTER & GROVES, PA, Greenville, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Valentine appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Valentine v. Richardson</u>, No. 4:05-cv-00485-HMH (D.S.C. Jan. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>